NOT FOR PUBLICATION                                                                                      (Doc. Nos. 37, 38)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

|  |  |
|---|---|
| JERSEY DATACOMM & CABLE, INC., : | |
|  : Plaintiff, | Civil No. 14-4459 (RBK/KMW) |
|  : v. | **ORDER** |
| WALKER AND ASSOCIATES, INC., : | |
|  : Defendant. | |

**KUGLER**, United States District Judge:

    **THIS MATTER** having come before the Court upon Defendant's Motion to Exclude Pursuant to Rule 37(c)(1) (Doc. No. 37), and Defendant's Motion to Exclude Expert Testimony Pursuant to Fed. R. Evid. 702 (Doc. No. 38) and the Court having considered the moving papers and responses thereto, and for the reasons expressed on the record;

    **IT IS HEREBY ORDERED** that Defendant's Motion to Exclude Pursuant to Rule 37(c)(1) is **DENIED**;

    **IT IS HEREBY FURTHER ORDERED** that Defendant has leave to take a deposition from Vladimir Shapiro;

    **IT IS HEREBY FURTHER ORDERED** that Defendant's Motion to Exclude Expert Testimony under Fed. R. Evid. 702 is **GRANTED IN PART** as to Jack Palmer's salary and otherwise **DENIED**;

    **IT IS HEREBY FURTHER ORDERED** that Defendant has leave to take a deposition from Christopher Young;

**IT IS HEREBY FURTHER ORDERED** that the parties shall appear for a *Daubert* hearing on **Friday, December 2, 2016** at 11**:00 A.M.** in Courtroom 4D of the Mitchell H. Cohen United States Courthouse, 1 John F. Gerry Plaza, Camden, N.J. 08101.

Dated:   10/26/2016                                                                          s/Robert B. Kugler
                                                                                                             ROBERT B. KUGLER
                                                                                                             United States District Judge