NOT FOR PUBLICATION                                                           (Doc. Nos. 34, 56)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| JERSEY DATACOMM & CABLE, INC., | : | |
| Plaintiff, | : | Civil No. 14-4459 (RBK/KMW) |
| v. | : | **ORDER** |
| WALKER AND ASSOCIATES, INC., | : | |
| Defendant. | : | |

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court upon Defendant's Motion for Summary Judgment (Doc. No 34) and Plaintiff's Letter of November 3, 2016 (Doc. No. 56);

**THE COURT NOTING** that this case was referred to mediation on October 26, 2016 with a 30 day stay of all discovery (Doc. No. 53);

**THE COURT OBSERVING** that the parties have not yet entered mediation;

**IT IS HEREBY ORDERED** that all discovery proceedings in this civil action are stayed for a period of sixty (60) days from the date hereof except that discovery, as an aid to mediation, may be conducted as agreed to by the mediator and counsel;

**IT IS HEREBY FURTHER ORDERED** that Discovery may still be conducted consistent with this Court's Order of October 26, 2016;

**IT IS HEREBY FURTHER ORDERED** that Defendant's Motion for Summary Judgment is **DENIED WITHOUT PREJUDICE**;

1

**IT IS HEREBY FURTHER ORDERED** that Defendant has leave to refile their Motion for Summary Judgment after mediation;

**IT IS HEREBY FURTHER ORDERED** that the *Daubert* hearing scheduled for Friday, December 2, 2016 at 11:00 A.M. in Courtroom 4D of the Mitchell H. Cohen United States Courthouse, 1 John F. Gerry Plaza, Camden, N.J. 08101 is **ADJOURNED**.


Dated:   11/22/2016                                              s/Robert B. Kugler
                                                                 ROBERT B. KUGLER
                                                                 United States District Judge